UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT L. MCCLENDON

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 07-567-FJP-DLD

## J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, denying the claimants motion for summary judgment[2], affirming the decision of the Commissioner that denies disability insurance benefits, and dismissing the claimant's complaint.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[2] Rec. Doc. No. 9.
Doc#45433